UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN GLANTON,

      Plaintiff,                          Case No. 08-12431
                                                Hon. Patrick J. Duggan

vs.

WAYNE COUNTY,

      Defendant.

_____/

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate that the above case shall be dismissed with prejudice and without costs to either party.

Respectfully submitted,

| PITT, McGEHEE, PALMER, RIVERS & GOLDEN, P.C. | OFFICE OF CORPORATION COUNSEL FOR WAYNE COUNTY |
|---|---|
| By:/s/ Megan A. Bonanni P52079<br>MEGAN A. BONANNI P-52079<br>Attorneys for Plaintiff<br>117 West Fourth Street, Suite 200<br>Royal Oak, Michigan 48067<br>(248) 398-9800 (office)<br>(248) 398-9804 (fax)<br>mbonanni@pittlawpc.com | By:/s/ Bruce A. Campbell P37755<br>BRUCE A. CAMPBELL (P37755)<br>Assistant Corporation Counsel<br>Attorneys for Wayne County<br>600 Randolph, Second Floor<br>Detroit, Michigan 48226<br>313.224.8122 office<br>313.224.4882 fax<br>bcampbel@co.wayne.mi.us |

Dated: August 20, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN GLANTON,

       Plaintiff,                                    Case No. 08-12431
                                                      Hon. Patrick J. Duggan

vs.

WAYNE COUNTY,

       Defendant.
_____/

## ORDER OF DISMISSAL

AT A SESSION OF SAID COURT, HELD IN THE
CITY OF DETROIT, COUNTY OF WAYNE, AND
STATE OF MICHIGAN, ON AUGUST 20, 2009.

PRESENT: HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT

The parties having stipulated to the entry of this Order of Dismissal and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without costs to either party.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: August 20, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 20, 2009, by electronic and/or ordinary mail.
                s/Marilyn Orem
                Case Manager